IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00038-CMA-MEH

EVA M. FEESE,

     Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2012.**

     The Stipulated Motion for Entry of Protective Order [filed June 28, 2012; docket #15] is **granted**. The proposed Stipulated Protective Order is accepted and issued contemporaneously with this minute order.